FILED

06 SEP 18 AM 10: 09

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDL DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANAL NAOOM dba L.T.M. AUTO SALES; et. al.,<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>SECURED ASSETS INCOME FUNDS, an unknown entity; et. al.,<br><br>　　　　　　　Defendants. | CASE NO. 05-CV-1207 H (CAB)<br><br>**ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION TO VACATE AND STRIKE PORTIONS OF THE COURT'S AUGUST 16, 2006 ORDER OF CONTINUANCE** |
| SAIF, INC., a California corporation, et. al.,<br><br>　　　　　　　Counter-Claimant,<br>vs.<br>MANAL NAOOM dba L.T.M. AUTO SALES; et. al.,<br><br>　　　　　　　Counter-Defendants. | |

On September 14, 2006, the Court received Plaintiffs' ex parte application to vacate and strike portions of the Court's August 16, 2006 order continuing the parties' pending motions regarding the disposition of collateral. In their application, Plaintiffs assert that, under Federal Rule of Civil Procedure 60(b), the Court should vacate

1 portions of its continuance order because it is founded upon mistakes of law and fact. Rule 60(b), however, only provides for relief from "final" judgments or orders: "On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a *final* judgment, order, or proceeding . . . ." Fed. R. Civ. P. 60(b) (emphasis added); see also id., advisory committee notes to 1946 amendment ("The addition of the qualifying word 'final' emphasizes the character of the judgments, orders or proceedings from which Rule 60(b) affords relief[.]"). Given that the Court's order only continued the proceedings to a later date, the Court declines to hear the ex parte application and declines to vacate and strike portions of its August 16, 2006 order.

IT IS SO ORDERED.

Dated: 9/15/06

MARILYN L. HUFF
UNITED STATES DISTRICT COURT

COPIES TO:

Richard S. Van Dyke, Esq.
Van Dyke & Associates
Faraday Business Park
5741 Palmer Way, Suite B
Carlsbad, CA 92008

Richard P. Miller, Esq.
Law Offices of Richard P. Miller
2207 Garnet Avenue, Suite N
San Diego, CA 92109