# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANAL NAOOM dba L.T.M. AUTO SALES; et. al.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SECURED ASSETS INCOME FUNDS, an unknown entity; et. al.,<br><br>　　　　　Defendants. | CASE NO. 05-CV-1207 H (CAB)<br><br>**ORDER RESETTING TRIAL DATE; SCHEDULING ORDER** |
| SAIF, INC., a California corporation, et. al.,<br><br>　　　　　Counter-Claimant,<br><br>　vs.<br><br>MANAL NAOOM dba L.T.M. AUTO SALES; et. al.,<br><br>　　　　　Counter-Defendants. | |

　　　Plaintiffs initially filed this case in state court in 2004, and Defendants removed the case to this Court on June 7, 2005. As set forth in the hearing on September 20, 2006, the Court sets the following dates:

　　　1.　The hearing on the parties' motions for summary judgment is reset from

- 1 -

October 2, 2006 to **October 16, 2006 at 10:30 a.m.**  The briefing schedule remains unchanged.

2. The Court notes that the pretrial conference date remains unchanged and is set for **November 6, 2006 at 10:30 a.m.**

3. The hearing on any motions in limine is reset from November 27, 2006 to **November 20, 2006 at 10:30 a.m.**  Any motions in limine shall be submitted at least 28 days before the hearing and shall otherwise comply with the requirements set forth in the Local Rules for the Southern District of California.

4. Trial is reset from November 28, 2006 to **November 21, 2006 at 9:00 a.m. in Courtroom 13**.

IT IS SO ORDERED.

DATED:  September 20, 2006

                                                  MARILYN L. HUFF, District Judge
                                                  UNITED STATES DISTRICT COURT

COPIES TO:
Magistrate Judge Cathy Ann Bencivengo

Richard S. Van Dyke, Esq.
Van Dyke & Associates
Faraday Business Park
5741 Palmer Way, Suite B
Carlsbad, CA 92008

Richard P. Miller, Esq.
Law Offices of Richard P. Miller
2207 Garnet Avenue, Suite N
San Diego, CA 92109