# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANAL NAOOM dba L.T.M. AUTO SALES; et. al.,<br><br>                         Plaintiff,<br>vs.<br><br>SECURED ASSETS INCOME FUNDS, an unknown entity; et. al.,<br><br>                         Defendants.<br><br>SAIF, INC., a California corporation, et. al.,<br><br>                         Counter-Claimant,<br>vs.<br><br>MANAL NAOOM dba L.T.M. AUTO SALES; et. al.,<br><br>                         Counter-Defendants. | CASE NO. 05-CV-1207 H (CAB)<br><br>**ORDER RE FUNDS DEPOSITED WITH THE CLERK OF COURT** |

       The Court had previously indicated that the parties should secure an FDIC insured, interest bearing, blocked savings account in which to deposit the funds from the sale of vehicles, which are currently on deposit with the Clerk of Court. As the Court indicated in the hearing on September 20, 2006, because the funds are still being

- 1 -

1  held by the Clerk of the Court, because the parties have already filed motions for
2  summary judgment and a hearing is scheduled for October 16, 2006, and because the
3  trial is scheduled for November 21, 2006, the Court ORDERS that the funds remain
4  with the Clerk of Court.
5       IT IS SO ORDERED.
6  DATED: September 20, 2006

                                        _____
                                        MARILYN L. HUFF, District Judge
                                        UNITED STATES DISTRICT COURT

COPIES TO:
Richard S. Van Dyke, Esq.
Van Dyke & Associates
Faraday Business Park
5741 Palmer Way, Suite B
Carlsbad, CA 92008

Richard P. Miller, Esq.
Law Offices of Richard P. Miller
2207 Garnet Avenue, Suite N
San Diego, CA 92109