# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANAL NAOOM dba L.T.M. AUTO SALES; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SECURED ASSETS INCOME FUNDS, an unknown entity; et al., <br><br> Defendants. | CASE NO. 05-CV-1207 H (CAB) <br><br> **ORDER ON DEFENDANTS' APPLICATION FOR DISCOVERY SANCTIONS AGAINST PLAINTIFF AFSHIN KASHANI** |
| SAIF, INC., a California corporation, et al., <br><br> Counter-Claimant, <br><br> vs. <br><br> MANAL NAOOM dba L.T.M. AUTO SALES; et al., <br><br> Counter-Defendants. | |

On October 5, 2006, Defendants filed an ex parte application for discovery sanctions against Plaintiff Afshin Kashani, d/b/a Auto Finance Group. (Doc. No. 143.) In their application, Defendants state that Plaintiff Kashani failed to appear for his scheduled deposition on October 5, 2006. According to Defendants, Plaintiffs' counsel

1  indicated that Kashani is outside the United States and that Plaintiffs' counsel is out of
2  contact with him. Defendants ask the Court to dismiss all claims brought by Kashani
3  and to enter default on all claims brought against him in SAIF, Inc.'s countercomplaint.
4        The Court declines to impose sanctions at this time. Nevertheless, trial in this
5  case is scheduled to begin on November 21, 2006. Accordingly, the Court **ORDERS**
6  Plaintiff Kashani to appear for deposition on or before **October 26, 2006**, or be subject
7  to sanctions.
8        IT IS SO ORDERED.
9  DATED: October 11, 2006

                                                _Marilyn L. Huff_
                                          MARILYN L. HUFF, District Judge
                                          UNITED STATES DISTRICT COURT

COPIES TO:
Richard S. Van Dyke, Esq.
Van Dyke & Associates
Faraday Business Park
5741 Palmer Way, Suite B
Carlsbad, CA 92008

Richard P. Miller, Esq.
Law Offices of Richard P. Miller
2207 Garnet Avenue, Suite N
San Diego, CA 92109