1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   MANAL NAOOM dba L.T.M. AUTO          CASE NO. 05-CV-1207 H
     SALES; et al.,                      (CAB)
12
                            Plaintiffs,   **ORDER ON DEFENDANTS'**
13        vs.                             **MOTION FOR DISCOVERY**
                                          **SANCTIONS AGAINST**
14                                        **PLAINTIFFS MOUSAVINIA,**
                                          **GHADIMI, AND**
15   SECURED ASSETS INCOME                **KHOMAMIZADEH**
     FUNDS, an unknown entity; et al.,
16
                            Defendants.
17

18   SAIF, INC., a California corporation,
     et al.,
19
                            Counter-Claimant,
20
          vs.
21
22   MANAL NAOOM dba L.T.M. AUTO
     SALES; et al.,
23
                            Counter-Defendants.
24

25        Defendants filed a motion for discovery sanctions against Plaintiffs Javad

26   Mousavinia, d/b/a Cars 'R' Us, Parviz Ghadimi, d/b/a M.P. Motors, and Mehran

27   Khomamizadeh, d/b/a Car Mart on September 6, 2006.  (Doc. No. 83.)  Plaintiffs filed

28   their opposition on September 18, 2006.  (Doc. No. 103.)  Defendants filed a reply on

September 25, 2006.  (Doc. No. 123.)  Pursuant to Civil Local Rule 7.1(d)(1), the motion is submitted on the papers without oral argument.

**Plaintiff Javad Mousavinia, d/b/a Cars 'R' Us**

Defendants seek sanctions against Plaintiff Mousavinia for failing to appear for deposition and for failing to produce sales contracts.  In particular, Defendants ask the Court to dismiss all claims brought by Mousavinia and to enter default against him on all counterclaims brought by SAIF, Inc.

The parties agree that Mousavinia did not appear for his deposition, which was noticed for March 1, 2006.  Plaintiffs' counsel indicated in his opposition that Mousavinia has been in Iran with his family, but gives no legal basis justifying Mousavinia's failure to comply with discovery obligations.  At this time, the Court declines to impose sanctions.  Nevertheless, given that trial is scheduled for November 21, 2006, the Court **ORDERS** Plaintiff Mousavinia to appear for deposition no later than **October 26, 2006**.  If he does not appear, Plaintiff Mousavinia will be subject to sanctions.

On August 12, 2005, Magistrate Judge McCurine ordered Plaintiffs to produce sales contracts with redacted social security numbers.  Similarly, on June 19, 2006, Magistrate Judge Bencivengo again ordered Plaintiffs to produce the redacted sales contracts.  To this date, Plaintiff Mousavinia has not produced any sales contracts.  Accordingly, although the Court declines to impose sanctions at this time, the Court **ORDERS** Mousavinia to produce redacted copies of the sales contracts no later than **October 19, 2006**, or face sanctions.

**Plaintiffs Parviz Ghadimi, d/b/a M.P. Motors, and Mehran Komamizadeh, d/b/a Car Mart**

Defendants seek sanctions against Plaintiffs Ghadimi and Khomamizadeh for failing to produce copies of sales contracts as ordered by both Magistrate Judge McCurine and Magistrate Judge Bencivengo.  Specifically, Defendants ask the Court to find several factual allegations in SAIF, Inc.'s countercomplaint as conclusively

admitted.  In their response, which primarily consists of extraneous allegations, Plaintiffs do not provide any legal basis justifying Ghadimi's and Khomamizadeh's failure to comply with discovery obligations and court orders.  Additionally, Plaintiff Ghadimi filed a declaration in opposition to Defendants' motion.  (Doc. No. 137.) While his declaration touches on many unrelated topics, he does not address why he has failed to comply with the orders requiring him to produce the sales contracts.  At this time, the Court declines to impose sanctions.  However, the Court **ORDERS** Ghadimi and Khomamizadeh to produce copies of the redacted sales contracts no later than **October 19, 2006**, or face sanctions.

IT IS SO ORDERED.

DATED:  October 11, 2006

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
Richard S. Van Dyke, Esq.
Van Dyke & Associates
Faraday Business Park
5741 Palmer Way, Suite B
Carlsbad, CA 92008

Richard P. Miller, Esq.
Law Offices of Richard P. Miller
2207 Garnet Avenue, Suite N
San Diego, CA 92109