1

2

3

4

5

6

7

FILED

06 OCT 27 PM 3:37

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

8

## UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MANAL NAOOM dba L.T.M. AUTO SALES; et al., | CASE NO. 05-CV-1207 H (CAB) |
| Plaintiffs, | **ORDER DENYING COUNTERCLAIMANT'S RENEWED EX PARTE APPLICATION FOR ORDER FACILITATING PRIVATE DISPOSITION OF COLLATERAL** |
| vs. | |
| SECURED ASSETS INCOME FUNDS, an unknown entity; et al., | |
| Defendants. | (Doc. No. 157.) |
| SAIF, INC., a California corporation, et al., | |
| Counter-Claimant, | |
| vs. | |
| MANAL NAOOM dba L.T.M. AUTO SALES; et al., | |
| Counter-Defendants. | |

On August 4, 2006, the Court received Counterclaimant SAIF, Inc.'s original ex parte application for an order facilitating the sale of collateral pursuant to California Commercial Code §§ 9609 and 9610. (Doc. No. 50.) Counterdefendants Manal Naoom, Javad Mousavinia, Parviz Ghadimi, Afshin Kashani, Mehran Khomamizadeha,

- 1 -

1  and Mohammed Kashan (collectively "Counterdefendants") submitted an opposition
2  on August 11, 2006. (Doc. No. 55.) The Court held a hearing on Counterclaimant's
3  request on August 15, 2006, allowed supplemental briefing, and then held a second
4  hearing on September 20, 2006. Richard P. Miller appeared for Counterdefendants and
5  Richard S. Van Dyke appeared for Counterclaimant at both hearings.  The Court
6  DENIED Counterclaimant's request on September 21, 2006.

7       Presently before the Court, Counterclaimant SAIF, Inc. filed a renewed ex parte
8  application for an order facilitating private disposition of collateral on October 25,
9  2006. (Doc. No. 157.) According to the case management conference order regulating
10  discovery and other pretrial proceedings, however, the parties had to file any motions,
11  other than motions to amend or join parties and motions in limine, so as to be heard by
12  October 2, 2006. (Doc. No. 24.) Therefore, because Counterclaimant SAIF, Inc. did
13  not file its ex parte application until October 25, 2006, the Court DENIES its renewed
14  application as untimely.  Additionally, the Court notes that the accounting hearing is
15  scheduled to begin in less than four weeks, on November 21, 2006.

16       IT IS SO ORDERED.
17  Dated: 10/26/06

18
19                    MARILYN L. HUFF, District Judge
                      UNITED STATES DISTRICT COURT
20
21
22  COPIES TO:

23  Richard S. Van Dyke, Esq.
    Van Dyke & Associates
24  Faraday Business Park
    5741 Palmer Way, Suite B
25  Carlsbad, CA 92008

26  Richard P. Miller, Esq.
    Law Offices of Richard P. Miller
27  2207 Garnet Avenue, Suite N
    San Diego, CA 92109
28