**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANAL NAOOM dba L.T.M. AUTO SALES; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SECURED ASSETS INCOME FUNDS, an unknown entity; et al., <br><br> Defendants. | CASE NO. 05-CV-1207 H (CAB) <br><br> **ORDER DENYING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> (Doc. No. 158.) |
| SAIF, INC., a California corporation, et al., <br><br> Counter-Claimant, <br><br> vs. <br><br> MANAL NAOOM dba L.T.M. AUTO SALES; et al., <br><br> Counter-Defendants. | |

Plaintiffs Manal Naoom, Javad Mousavinia, Parviz Ghadimi, Afshin Kashani, Mehran Khomamizadeha, and Mohammed Kashan (collectively "Plaintiffs") filed their initial request for a Temporary Restraining Order ("TRO") or preliminary injunction on August 11, 2006. (Doc. No. 55.) On August 14, 2006, Plaintiffs submitted another

- 1 -

application for a TRO or preliminary injunction. (Doc. No. 65.) In both applications, Plaintiffs sought to restrain SAIF, Inc. from collecting and selling the inventory held by the Plaintiffs. On August 25, 2006, Plaintiffs submitted a request for a TRO in response to SAIF, Inc.'s alleged repossession of several cars. (Doc. No. 79.) The Court held a hearing on Plaintiffs' initial request for a TRO on August 15, 2006, allowed supplemental briefing, and then held a second hearing on Plaintiffs' multiple requests for injunctive relief on September 20, 2006. Richard P. Miller appeared for Plaintiffs and Richard S. Van Dyke appeared for SAIF, Inc. at both hearings. The Court DENIED Plaintiffs' requests for injunctive relief on September 21, 2006.

Presently before the Court, on October 27, 2006 Plaintiffs filed a motion for a temporary restraining order seeking to restrain SAIF, Inc. from repossessing cars and altering titles. (Doc. No. 158.) According to the case management conference order regulating discovery and other pretrial proceedings, however, the parties had to file any motions, other than motions to amend or join parties and motions in limine, so as to be heard by October 2, 2006. (Doc. No. 24.) Therefore, because Plaintiffs did not file their motion until October 27, 2006, the Court DENIES the motion as untimely. Additionally, the Court notes that the accounting hearing is scheduled to begin in three weeks, on November 21, 2006.

IT IS SO ORDERED.

DATED: October 31, 2006

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
Richard S. Van Dyke, Esq.
Van Dyke & Associates
Faraday Business Park
5741 Palmer Way, Suite B
Carlsbad, CA 92008

Richard P. Miller, Esq.
Law Offices of Richard P. Miller
2207 Garnet Avenue, Suite N
San Diego, CA 92109