# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANAL NAOOM dba L.T.M. AUTO SALES; et al.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SECURED ASSETS INCOME FUNDS, an unknown entity; et al.,<br><br>　　　　　Defendants.<br><br>SAIF, INC., a California corporation, et al.,<br><br>　　　　　Counter-Claimant,<br><br>vs.<br><br>MANAL NAOOM dba L.T.M. AUTO SALES; et al.,<br><br>　　　　　Counter-Defendants. | CASE NO. 05-CV-1207 H (CAB)<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANTS ALEX BAGHAEI AND ALEJANDRINA MAGANA** |

On October 16, 2006, Plaintiffs filed a notice of intention to dismiss Defendants Alex Baghaei and Alejandrina Magana. (Doc. No. 148.) At the pretrial conference on November 6, 2006, Plaintiffs' counsel, Richard Miller, made an oral motion to dismiss these two Defendants, and counsel for Defendants, Alex Van Dyke, had no objection.

- 1 -

1  Accordingly, the Court **DISMISSES Defendants Alex Baghaei** and **Alejandrina**
2  **Magana**. The Court concludes that the dismissal is with prejudice given the procedural
3  and substantive stage of the proceeding. If Plaintiffs disagree, they must file a motion
4  for reconsideration within 30 days of the date of this order.
5       IT IS SO ORDERED.
6  DATED: November 7, 2006

                               MARILYN L. HUFF, District Judge
                               UNITED STATES DISTRICT COURT

COPIES TO:
Richard S. Van Dyke, Esq.
Van Dyke & Associates
Faraday Business Park
5741 Palmer Way, Suite B
Carlsbad, CA 92008

Richard P. Miller, Esq.
Law Offices of Richard P. Miller
2207 Garnet Avenue, Suite N
San Diego, CA 92109