# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANAL NAOOM dba L.T.M. AUTO SALES; et al., <br><br> Plaintiff, <br><br> vs. <br><br> SECURED ASSETS INCOME FUNDS, an unknown entity; et al., <br><br> Defendants. | CASE NO. 05-CV-1207 H (CAB) <br><br> **ORDER** <br> **(1) DISMISSING COUNTERDEFENDANT MOHAMMED KASHANI (D/B/A TEAM AUTO)** <br> **(2) DISMISSING PLAINTIFFS' TWELFTH CAUSE OF ACTION** |
| SAIF, INC., a California corporation, et al., <br><br> Counter-Claimant, <br><br> vs. <br><br> MANAL NAOOM dba L.T.M. AUTO SALES; et al., <br><br> Counter-Defendants. | |

The Court held a telephonic pretrial conference on November 9, 2006. Richard Miller and Robert Reynolds appeared for Plaintiffs, and Richard Van Dyke appeared for Defendants and Counterdefendant SAIF, Inc.

1  The parties' proposed pretrial orders indicate that Mohammed Kashani (d/b/a Team Auto) remains as a Counterdefendant in this action. The parties indicated that they have not conducted any discovery related to Mohammed Kashani. Pursuant to Mr. Van Dyke's oral motion at the November 9, 2006 pretrial conference, the Court **DISMISSES** Defendant Mohammed Kashani (d/b/a Team Auto) without prejudice.

In their Twelfth Cause of Action in the Third Amended Complaint, Plaintiffs allege a claim against notary Alejandrina Magana. The Court has already dismissed Defendant Magana with prejudice from this case. Accordingly, pursuant to Plaintiffs' oral motion at the November 9, 2006 pretrial conference, the Court **DISMISSES** Plaintiffs' Twelfth Cause of Action with prejudice.

IT IS SO ORDERED.
DATED: November 13, 2006

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
Richard S. Van Dyke
Van Dyke & Associates
Faraday Business Park
5741 Palmer Way, Suite B
Carlsbad, CA 92008

Richard P. Miller
Robert Reynolds
Law Offices of Richard P. Miller
2207 Garnet Avenue, Suite N
San Diego, CA 92109