```
                                        FILED
                                    06 NOV 14 AM 8:33
                                    CLERK U.S. DISTRICT COURT
                                   SOUTHERN DISTRICT OF CALIFORNIA

                                   BY            DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANAL NAOOM dba L.T.M. AUTO SALES; et al.,<br><br>Plaintiff,<br><br>vs.<br><br>SECURED ASSETS INCOME FUNDS, an unknown entity; et al.,<br><br>Defendants.<br><hr>SAIF, INC., a California corporation, et al.,<br><br>Counter-Claimant,<br><br>vs.<br><br>MANAL NAOOM dba L.T.M. AUTO SALES; et al.,<br><br>Counter-Defendants. | CASE NO. 05-CV-1207 H (CAB)<br><br>**ORDER DISMISSING FORMER DEFENDANTS SECURED ASSETS, INC. AND SECURED ASSETS INCOME FUNDS, INC.** |

Plaintiffs name Secured Assets, Inc. ("SAI") and Secured Assets Income Funds, Inc. ("SAIFI"), both Nevada corporations, as Defendants in their Third Amended Complaint ("TAC"), filed on May 15, 2006. (Doc. No. 36.) At the time Plaintiffs filed and served their TAC, however, SAI and SAIFI were in bankruptcy proceedings. SAI

- 1 -

1  filed for voluntary Chapter 7 bankruptcy in United States Bankruptcy Court for the
2  Southern District of California on March 10, 2006, Case No. 06-00438-PB7. Similarly,
3  SAIFI filed for bankruptcy on March 10, 2006, Case No. 06-00439-PB7.
4        Neither SAI nor SAIFI filed an answer to the TAC, and both were subject to the
5  automatic stay arising in bankruptcy cases. The bankruptcy court dismissed both cases,
6  and both cases were closed on August 24, 2006. Nevertheless, Plaintiffs have not
7  indicated that they served SAI or SAIFI after dismissal of the bankruptcy cases, and
8  even if they had, Plaintiffs have not sought default against either corporation for failing
9  to respond to the TAC.
10       On January 27, 2006, Magistrate Judge Bencivengo entered a case management
11 conference order regulating discovery and other pretrial proceedings. (Doc. No. 24.)
12 That order scheduled the pretrial conference for the entire action on November 6, 2006
13 at 10:30 a.m. and required the proposed pretrial order to be filed no later than October
14 30, 2006. Further, this Court entered an order resetting trial to November 21, 2006 and
15 explicitly noted that the pretrial conference date remained unchanged. (Doc. No. 113.)
16 Plaintiffs submitted their proposed pretrial order on November 6, 2006. (Doc. Nos.
17 178 & 179.) In their proposed pretrial order, Plaintiffs listed the claims remaining
18 under their TAC and indicated that the only Defendants remaining before the Court
19 were Secured Assets of California, SAIF, Inc., and Thomas Sterling.
20       Given that: (1) trial begins in less than two weeks; (2) neither SAI nor SAIFI
21 have answered the TAC; (3) Plaintiffs have not indicated that they served SAI or SAIFI
22 after dismissal of the bankruptcy cases and have not sought entry of default; and (4)
23 Plaintiffs did not indicate that SAI and SAIFI remained as Defendants in their proposed
24 pretrial order, the Court **DISMISSES** Secured Assets, Inc. and Secured Assets Income
25 Funds, Inc. from this action without prejudice. If Plaintiffs wish to proceed against
26 those corporations, they must file a new action. Additionally, the Court notes that
27 / / / /
28 / / / /

1  Plaintiffs must establish a basis for federal jurisdiction if they file a new suit against
2  those entities in federal court.
3      IT IS SO ORDERED.
4  Dated: 11/13/06

MARILYN L. HUFF
UNITED STATES DISTRICT COURT

22 COPIES TO:
23 Richard S. Van Dyke
   Van Dyke & Associates
24 Faraday Business Park
   5741 Palmer Way, Suite B
25 Carlsbad, CA 92008

26 Richard P. Miller
   Robert Reynolds
27 Law Offices of Richard P. Miller
   2207 Garnet Avenue, Suite N
28 San Diego, CA 92109